■ THE PEOPLE OF THE STATE OF NEW YORK v. HUGH DRESCHER.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT FERRAR.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH TINSLEY.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ TERESA M. CURRAN v. CHARLES CASELLA et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed before noon on June 9, 1959, with notice of argument for June 19, 1959, said appeal to be argued or submitted when reached. Respondent's points are to be filed before noon on June 15, 1959. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between WILLIAM GLATZER et al., and JULIUS DIAMOND.— Motion granted insofar as to dispense with the printing in the record on appeal of items numbered 7 and 9 referred to in the moving papers upon condition that appellant serve respondents with one typewritten copy of the said papers and file with this court five typewritten copies of item 7 and one typewritten copy of item 9, together with the printed record on appeal and printed appellant's points on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ LEON WELLS v. COMMERCE INTERNATIONAL COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ BORIS GARFINKEL v. LIZA P. GARFINKEL.— Motion granted and the plaintiff-appellant is stayed from taking any further steps in the prosecution of said appeal until he has complied with the judgment entered on January 13, 1959, and the order entered or to be entered on the motion to punish the defendant for contempt, by making the required payments as set forth in such order and judgment. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ BORIS GARFINKEL v. LIZA P. GARFINKEL.— Motion denied without prejudice to a renewal thereof when the terms imposed by the order of this court (*Garfinkel* v. *Garfinkel*, 8 A D 2d 777) have been complied with. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ SHIRLEY KESSLER v. PROGRESSIVE FUNDING CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC., et al. v. E. JOSEPH ZEBROWSKI et al.— Motion granted and the report of Honorable ISIDOR WASSERVOGEL, dated May 18, 1959, is confirmed and the defendants fined the sum of $1,250 as legal fees and damages in addition to the $250 imposed by order of this court, entered April 13, 1959, a total sum of $1,500 with the direction that that sum be paid to the Metropolitan Funeral Directors Association, Inc. Settle order on notice. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.